WILLIAM C. *v.* COMMISSIONER OF CORRECTION

The petitioner William C.'s petition for certification for appeal from the Appellate Court, 126 Conn. App. 185 (AC 31609), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Robert E. Byron,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided March 16, 2011